476 A.2d 58

Commonwealth v. Davis, Appellant.

Submitted January 3, 1984.   James J. Phelan, Jr., for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and DEL SOLE and HESTER, JJ.

Judgment of sentence affirmed.

SPAETH, President Judge, concurred in the result.